# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 APR 14 A 9:23
CLERK
SO. DIST. OF GA.

BRENTREZ JARMYKUS MCPHRSON

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

BRIAN DENNIS ADAMS, et, at "see attached"

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. CV621- 028

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BRENTREZ JARMYKUS MCPHERSON

All other names by which you have been known: MCPHERSON, BRENTREZ JARMYKUS,

ID Number: #1000799956

Current Institution: SMITH STATE PRISON

Address: P.O. BOX 726, 9676 Highway 301 North

Glennville, (City) Georgia (State) 30427 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: BRIAN DENNIS ADAMS,

Job or Title *(if known)*: Head Warden at Smith State Prison

Shield Number: unknown to me

Employer: Timothy C. Ward, Commissioner for GDOC

Address: P.O. BOX 726, 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: ~~Timothy C. Ward~~

Job or Title *(if known)*: ~~Commissioner~~

Shield Number: ~~unknown to me~~

Employer: ~~Georgia Dept. of Corrections, Timothy C. Ward~~

Address: ~~Georgia Dept. of Corrections, P.O. BOX 1529~~

~~Forsyth~~ (City) ~~Georgia~~ (State) ~~31029~~ (Zip Code)

☑ Individual capacity ☑ Official capacity

# ATTACHMENT

List of Defendant(s):

Defendant No. [redacted] (2)
Name: John Doe (Barnes)
Job or Title: Officer member of Cert team for facility.
Shield Number: unknown to me
Employer: Georgia Department of Corrections, Warden Adams
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

~~Defendant No. 6~~
~~Name: Alicia Epperson~~
~~Job or Title: Deputy Warden of Security~~
~~Shield Number: unknown to me~~
~~Employer: Georgia Department of Corrections~~
~~Address: ~~unavailable~~ Department of Corrections, P.O. BOX 1529~~
~~Forsyth, Georgia 31029~~

Defendant No. [redacted] (3)
Name: John Doe (Brown)
Job or Title: Correctioner Officer
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9476 Highway 301 North
Glennville, Ga 30427

# ATTACHMENTS

List of Defendant(s):

Defendant No.(4)

Name: John Doe (Summer)
Job or Title: Correctioner Officer - Lieutenant
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendment No. 9

Name: Robert Tooles
Job or Title: Fields Operator
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: Ga. Dept. of Corrections, Operation of Professional Standards
P.O. BOX 1529
Forsyth, Georgia 31029

Defendant No. 5

Name: John Doe (Shepard)
Job or Title: Regional Director
Shield Number:
Employer: Georgia Department of Corrections
Address: Ga. Dept. of Corrections, Operations of Professional Standards
P.O. BOX 1529
Forsyth, Georgia 31029

# ATTACHMENTS

List of Defendant(s):

Defendant No. 6
Name: John Doe (Wright)
Job or Title: Correctional officer - Sergeant
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No: (7)
Name: John Doe (Maddox)
Job or Title: Correctional Officer - Sergeant
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 8
Name: John Doe (Macfarland)
Job or Title: Deputy Warden of Security
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

# ATTACHMENT

List of Defendant(s):

Defendant No. (9)
Name: Jane Doe (Fajerski)
Job or Title: Correctional officer
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. (10)
Name: Jane Doe (Manning)
Job or Title: Nurse
Shield Number: Unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 11
Name: John Doe (Jackson)
Job or Title: Correctional Officer - Lieutenant
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 12
Name: John Doe (Minnich)
Job or Title: Correctional Officer
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

# ATTACHMENT

List of Defendant(s):

Defendant No. 13
Name: John Doe (Conaway)
Job or Title: Correctional Officer - Sergeant
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 14
Name: Jane Doe (Thompson)
Job or Title: Correctional Officer
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 15
Name: Jane Doe (Champion)
Job or Title: Correctional Officer
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 16
Name: John Doe (Liverman)
Job or Title: Correctional Officer
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

# ATTACHMENT

List of Defendant(s):

Defendant No. [redacted] 17
Name: Sharon Osborn
Job or Title: Grievance Coordinator/Chief Counselor
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. [redacted] 18
Name: John Doe (Shuemake)
Job or Title: Correctional Officer-Sergeant
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

Defendant No. 19
Name: Jane Doe (Brown)
Job or Title: Deputy Warden of Care and Treatment
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

~~Defendant No. 25~~
~~Name: Jane Doe (Cornish)~~
~~Job or Title: Nurse~~
~~Employer: Georgia Department of Corrections~~
~~Address: P.O. BOX 726, 9676 Highway 301 North~~
~~Glennville, Georgia 30427~~

Defendant No. 20
Name: Jane Doe (Register)
Job or Title: Nurse Practitioner
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Georgia 30427

# ATTACHMENT

List of Defendant(s):

Defendant No. 21
Name: John Doe (Hill)
Job or Title: Correctional Officer
Shield Number: unknown to me
Employer: Georgia Department of Corrections
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville, Ga 30427

At all times, each individual defendant are sued in their individual and official capacity.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All Defendants past and present employment has/is with the Department of Corrections for the Georgia Prison System. This explains how each Defendant acted "under color of State Law," as they were working for the Prison system, at the time of illegal acts committed

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* Citizen Prisoner (Victim) of the United States

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Smith State Prison facility. February 22, 2021 - April 8, 2021 While I was being housed in J-1 dormatory. All information to [illegible] the best of my belief and knowledge. See attached declarations.

Defendant No. 3

Name: MICHAEL HEARTMEYER
Job or Title *(if known)*: Unit Manager
Shield Number: unknown to me
Employer: Timothy C. Ward - Dept. of Corrections (Georgia)
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville (City) Georgia (State) 30427 (Zip Code)

☑ Individual capacity ☐ Official capacity

Defendant No. 4

Name: CURTIS WHITFIELD
Job or Title *(if known)*: Unit Manager Whitfield
Shield Number: unknown to me
Employer: Georgia Dept. of Corrections, Warden Adams
Address: P.O. BOX 726, 9676 Highway 301 North
Glennville (City) Georgia (State) 30427 (Zip Code)

☑ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Federal Constitutional Bill of rights(s), Federal Constitutional right, State Constitutional rights.
Federal Bill of Rights under the Eighth and First Amendments to the Federal Constitution and Bill of Rights under the Constitution for State of Georgia are being violated (injured) by State and local officials under color of state law.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

C. What date and approximate time did the events giving rise to your claim(s) occur?

From February 22, 2021 - April 8, 2021 -

All times througout the days, ~~Defendant(s) attempted to assault me. See attached declarations.~~

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* All named defendants has attempted to ~~constantly~~ placed me in unlawful, malficient, unreasonable apprehensions of facing and/or taking in an, unnoticable, unavoidable, deadly air borre corona virus disease, constantly exposing me to risks of exposure, as each defendant acted with deliberate Indifference. Defendant(s) Adams, Warden Brown, Macfarland, and Shepard has saw their subordinates on numerous occasions unreasonably disregard mask recommendations and requirements around me. Ahmad Gill #1000714365 has witnessed defendants expose me.

## V. Injuries

see attached declarations.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I received 1 unsafe temperature check by Nurse Manning (defendant). I suffer from Anxiety and Maladjustment. Defendant Manning follow policy related to Covid-19, as it relates to conducting safe temperature checks. Also Nurse Register performed an unsafe temperature check. Temperature checks must be conducted while wearing proper protective gear, along with an no-touch thermometer

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Banish all defendants from being able to work for the Department of Corrections, any prison or Jail facility. Order Each defendant to pay $50,000 each for punitive damages, $50,000 for compensatory damages, and nominal damages of $1 dollars. I suffer from Anxiety and Maladjustment everyday, ~~not~~ knowing when I would ~~die~~, because defendants risk the chances of exposing me to deadly disease, knowing that they leave and return to society, where this air borne disease is widespread. All defendants acted with deliberate indifference and callous indifference, knowing they were likely to expose me to harm that can led to death causation, Grant all requested relief along with declaratory relief and whatever the court may deem appropriate

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Smith State Prison

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)? Eighth Amendment violations, deliberate indifference and callous indifference claims, failing to take reasonable measures to ensure my safety and health.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

---

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

---

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I first attempted to exhaust administrative remedy on February 24/2021 but was deny my first Amendment right to seek redress from the prison through use of the prison grievance system, defendant Sharon Osborn is retaliating against me due to previous grievance I filed that she was part of, unlawfully, in violation of my rights under the First Amendments

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

---

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Smith State Prison facility

2. What did you claim in your grievance? To the best of my belief and information That all defendant(s) acted with deliberate indifference and callous indifference, placing me at risks of harm, ignoring obvious risks of harm that poses threats to my life/health. That defendants actions were becoming a pattern of acts, violating the Cruel and Unusual Punish Clause under the Eighth Amendment and violating my Federal Bill of rights under the Eighth Amendment and state rights

3. What was the result, if any?

I still exhausting my remedies, but the first grievance relating to the same issue was filed and sent back by Grievance Coordinator due retaliation on her behalf against me.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

grievance process is not completed, because this is an Emergency Situation.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

   ____________________

5. Approximate date of filing lawsuit

   ____________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ____________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

   ____________________

5. Approximate date of filing lawsuit

   ____________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ____________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 8, 2021

Signature of Plaintiff: Brentrez McPherson

Printed Name of Plaintiff: Brentrez McPherson

Prison Identification #: 1000799956

Prison Address: P.O. BOX 726, 9676 Highway 301 North

Glennville (City) Ga (State) 30427 (Zip Code)

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

City ______ State ______ Zip Code ______

Telephone Number ______

E-mail Address ______

Brentrez McPherson
Gdc-1000799956
Smith State Prison
P.O. BOX 726
Glennville, Ga 30427

FOREVER / USA
FOREVER / USA
FOREVER / USA
NONPROFIT ORG
FOREVER / USA

Macon P&DC XX 310
MON 12 APR 2021 PM

Office of the C
P.O. BOX 1130
Augusta, Ga 30